**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Megan Craddock
        Plaintiff,

v.                Case No.: 1:14–cv–10301
               Honorable Joan H. Lefkow

Beats Music, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 15, 2015:

  MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. Parties report that the case is settled. Status hearing set for 1/26/2016 at 11:00 a.m. If dismissal paperwork is submitted prior to 1/26/2016, parties need not appear. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.